NOVEMBER 11, 1975*

No. 75–434. OSAGE OIL & TRANSPORTATION, INC. *v.* BOARD OF ADJUSTMENT OF FAYETTEVILLE. Appeal from Sup. Ct. Ark. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–467. WIETHE *v.* CURRY. Appeal from Ct. App. Ohio, Hamilton County, dismissed for want of substantial federal question.

No. 75–5055. RANSONETTE *v.* TEXAS. Appeal from Ct. Crim. App. Tex. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

---

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of cases in which orders hereinafter reported were announced on this date, with the exception of the following:

No. 74–1110, *Eastern Kentucky Welfare Rights Organization* v. *Simon, infra,* p. 943; No. 74–1124, *Simon* v. *Eastern Kentucky Welfare Rights Organization, infra,* p. 943; No. 74–1445, *Bynum* v. *United States, infra,* p. 952; No. 74–6411, *Birnbaum* v. *United States, infra,* p. 952; No. 75–62, *Runyon* v. *McCrary, infra,* p. 945; No. 75–66, *Fairfax-Brewster School, Inc.* v. *Gonzales, infra,* p. 945; No. 75–112, *Saler* v. *Kreiger, infra,* p. 946; No. 75–150, *Flores* v. *United States, infra,* p. 946; No. 75–152, *Whorley* v. *Virginia, infra,* p. 946; No. 75–216, *Saenz* v. *United States, infra,* p. 946; No. 75–236, *Kutler* v. *United States, infra,* p. 959; No. 75–278, *Southern Independent School Assn.* v. *McCrary, infra,* p. 945; No. 75–302, *Small* v. *Pangle, infra,* p. 944; No. 75–306, *McCrary* v. *Runyon, infra,* p. 945; No. 75–377, *Ludwig* v. *Massachusetts, infra,* p. 945; No. 75–428, *McKinney* v. *Parsons, infra,* p. 960; No. 75–434, *Osage Oil & Transportation, Inc.* v. *Board of Adjustment of Fayetteville, infra,* this page; No. 75–467, *Wiethe* v. *Curry, infra,* this page; and No. 75–5046, *Quesada* v. *United States, infra,* p. 946.